# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MICHAEL R. CARVER,

    Plaintiff,

vs.

RUPERT A. BYRDSONG; and DOES 1 through 10, Inclusive

    Defendants.

CASE NO. 8:18-cv-00733-DOC-GJS

**JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANT RUPERT A. BYRDSONG**

    This action came before the Court on the Complaint for Damages and Equitable Relief filed by Plaintiff MICHAEL R. CARVER ("Plaintiff") against Defendant RUPERT A. BYRDSONG ("Defendant").

    On June 18, 2018, the Court entered an Order granting Defendant's Unopposed Motion to Dismiss the Complaint and dismissed Plaintiff's Complaint in its entirety, without prejudice.

    Accordingly, it is hereby **ORDERED, ADJUDGED** and **DECREED** that, pursuant to Federal Rule of Civil Procedure 58, Judgment be entered in this action for Defendant and against Plaintiff.

DATED: November 30, 2018    By: /s/ David O. Carter

    David O. Carter
    United States District Judge